# UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
### (  Charleston          DIVISION)

| | | |
|---|---|---|
| Heather Butler, et al. | ) | |
| Plaintiff/Petitioner/USA, | ) | Case No.  2:15-cv-3931-RMG |
| | ) | |
| v.  Impact Holding Group, Inc., a NY corp., d/b/a Sprout Lending | ) | **Motion** |
| | ) | **in Support of** |
| Defendant/Respondent. | ) | *Pro Hac Vice* **Application** |
| | ) | |

The undersigned local counsel hereby moves, together with the attached Application and Affidavit, that

Patrick H. Peluso _____ be admitted *pro hac vice* in the above-captioned case as associate counsel.

As local counsel, I understand that:

1.  I will personally sign and include my District of South Carolina federal bar attorney identification number on each pleading, motion, discovery procedure, or other document that I serve or file in this court; and

2.  All pleadings and other documents that I file in this case will contain my name, firm name, address, and phone number and those of my associate counsel admitted *pro hac vice*; and

3.  Service of all pleadings and notices as required shall be sufficient if served upon me, and it is my responsibility to serve my associate counsel admitted *pro hac vice*; and

4.  Unless excused by the court, I will be present at all pretrial conferences, hearings, and trials and may attend discovery proceedings. I will be prepared to actively participate if necessary.

5.  Certification of Consultation (Local Civil Rule 7.02).

   ☐  Prior to filing this Motion, I conferred with opposing counsel who has indicated the following position as to this Motion: ☐ will likely oppose; ☐ does not intend to oppose

   ☐  Prior to filing this Motion, I attempted to confer with opposing counsel but was unable to do so for the following reason(s):

   _____

   ☐  No duty of consultation is required because the opposing party is proceeding pro se.

Palmetto State Law Group, LLC
_____
Firm Name
 1087 Harbor Drive, Suite B
_____
Street Address or Post Office Box
West Columbia, SC 29169
_____
City, State, Zip Code
 803-708-7442
_____
Telephone Number
 meg@pslawsc.com
_____
E-Mail Address

 Margaret A. Collins
_____
Name of Local Counsel
 /s/ Margaret A. Collins
_____
Signature of Local Counsel
Local Counsel for the  Plaintiff and the Class

District of South Carolina

revised 09/19/05