**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA**

| | |
|---|---|
| HEATHER BUTLER, individually and on behalf of all others similarly situated, | Case No. 2:15-cv-03931-RMG |
| *Plaintiff,* | |
| v. | |
| SMS VENTURES, INC. and WAYNE SHIRREFFS | |
| *Defendants.* | |

**NOTICE OF VOLUNTARY DISMISSAL**

PLEASE TAKE NOTICE that Plaintiff Heather Butler ("Plaintiff") dismisses this lawsuit against SMS Ventures, Inc. and Wayne Shirreffs ("Defendants") without prejudice.

Federal Rule of Civil Procedure 41(a)(1) provides, in relevant part:

(a) Voluntary Dismissal.

**(1) By the Plaintiff.**

(A) *Without a Court Order*. Subject to Rules 23(e), 23.1(c), 23.2 and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

(i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or

(ii) a stipulation of dismissal signed by all parties who have appeared.

(B) *Effect*. Unless the notice or stipulation states otherwise, the dismissal is without prejudice. But if the plaintiff previously dismissed any federal- or state-court action based on or including the same claim, a notice of dismissal operates as an adjudication on the merits.

1

In this case, Defendants have neither answered Plaintiff's Complaint nor served a motion for summary judgment. In addition, no class has been certified in this matter so Rule 23's exceptions do not apply. Likewise, this case does not involve any Receiver so as to implicate Rule 66.

Accordingly, Plaintiff hereby dismisses these proceedings in accordance with Rule 41(a)(1)(i) without prejudice.

Respectfully submitted,

**HEATHER BUTLER**, individually and on behalf of all others similarly situated,

Dated: February 16, 17

By: /s/ Margaret A. Collins
Plaintiff's Attorney

Margaret A. Collins, Esquire,
Attorney for Plaintiff
P.S.L.G., LLC d/b/a Palmetto State Law Group, LLC
1087B Harbor Drive
West Columbia, SC 29169
Office: (803) 708-7442
PBX: (803) 251-9003
Facsimile: (803) 753-9352

Steven Woodrow*
swoodrow@ppeluso.com
Patrick Peluso*
ppeluso@woodrowpeluso.com
Woodrow & Peluso, LLC
3900 E. Mexico Avenue, Suite 300
Denver, CO 80210
Phone: (720) 213-0675

* *pro hac vice*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 16, 2017, I served the above and foregoing papers, by causing a true and accurate copy of such papers to be filed using the Court's electronic filing system, which will send a copy to all counsel of record.

/s/ Margaret A. Collins